# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-51395
Summary Calendar

United States Court of Appeals
Fif h Circuit

**FILED**

July 28, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MIGUEL ANGEL JAIMES-JURADO, also known as Migual Token, also known as Angel Ruiz, also known as Tony Martinez, also known as Token, also known as Miguel Jaimes

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:16-CR-167-1

Before KING, ELROD, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Miguel Angel Jaimes-Jurado has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Jaimes-Jurado has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-51395

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

However, there exists a clerical error in the written judgment. The written judgment reflects that Jaimes-Jurado was convicted under "8 U.S.C. § 13263(a) and (b)(2)." The correct statute of conviction is § 1326.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. The case is REMANDED to the district court for the limited purpose of correcting a clerical error in the judgment. *See* FED. R. CRIM. P. 36.